# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 6, 2026

_____

RESPONSE REQUESTED

_____

No. 25-4673,    <u>US v. Letitia James</u>
                2:25-cr-00122-JKW-DEM-1

TO:    Letitia James

RESPONSE DUE: 01/16/2026

Response is required to the combined motion to consolidate and extend filing time on or before 01/16/2026.

A. Walker, Deputy Clerk
804-916-2702