# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 9, 2026

_____

DOCKET CORRECTION NOTICE

_____

No. 25-4673,    <u>US v. Letitia James</u>
                2:25-cr-00122-JKW-DEM-1

TO:    Letitia James

FILING CORRECTION DUE:  January 12, 2026

Please make the correction identified below and file a corrected document by the date indicated.

---

[ x ] Incorrect event used. Please refile document using the **"response w/combined motion"** entry and select the appropriate motion reliefs:

- Additional argument time
- File separate briefs

A. Walker, Deputy Clerk
804-916-2702