FILED: January 12, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4673 (L)
(2:25-cr-00122-JKW-DEM-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

LETITIA JAMES

    Defendant - Appellee

_____

No. 25-4674
(1:25-cr-00272-MSN-WEF-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

JAMES BRIEN COMEY, JR.

    Defendant - Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to consolidate, the court grants the motion and consolidates Case No. 25-4673 (L) and Case No. 25-4674. The court grants an extension of the briefing schedule as follows:

Joint appendix due: 02/09/2026

Opening brief due: 02/09/2026

Response briefs due: 03/03/2026

Any reply brief: 10 days from service of response brief.

The court grants appellees' motions for leave to file separate briefs, each of which shall not exceed 13,000 words. The motion for additional argument time is deferred pending assignment of the case to a panel.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk