FILED: February 17, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4673 (L)
(2:25-cr-00122-JKW-DEM-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellant

v.

LETITIA JAMES

  Defendant - Appellee

-------------------------------

UNIFY.US

  Amicus Supporting Appellant

_____

O R D E R

_____

Unify.US has filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

       For the Court--By Direction

       /s/ Nwamaka Anowi, Clerk