UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4673 (L)
(2:25-cr-00122-JKW-DEM-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

LETITIA JAMES

    Defendant - Appellee

------------------------------

UNIFY.US

    Amicus Supporting Appellant

and

VIRGINIA ASSOCIATION OF CRIMINAL DEFENSE LAWYERS

    Amicus Supporting Appellee

_____

O R D E R
_____

Virginia Association of Criminal Defense Lawyers has filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

                               For the Court--By Direction

                               <u>/s/ Nwamaka Anowi, Clerk</u>