FILED: March 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4673 (L)
(2:25-cr-00122-JKW-DEM-1)

_____

UNITED STATES OF AMERICA

 Plaintiff - Appellant

v.

LETITIA JAMES

 Defendant - Appellee

------------------------------

UNIFY.US

 Amicus Supporting Appellant

and

VIRGINIA ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; PACIFIC LEGAL FOUNDATION; SOCIETY FOR THE RULE OF LAW, ITS EXECUTIVE DIRECTOR GREGG NUNZIATA, AND CHARTER MEMBERS DONALD AYER, STUART GERSON, ALAN RAUL, AND STANLEY TWARDY, JR.; BIPARTISAN CURRENT AND FORMER MEMBERS OF CONGRESS

 Amici Supporting Appellees

## O R D E R

Pacific Legal Foundation, Society for the Rule of Law, its Executive Director Gregg Nunziata, and Charter Members Donald Ayer, Stuart Gerson, Alan Raul, and Stanley Twardy, Jr., and Bipartisan Current and Former Members of Congress have filed amicus curiae briefs with the consent of the parties.

The court accepts the briefs for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk