**Nos. 25-4673(L); 25-4674**

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

———————

United States,
*Plaintiff-Appellant,*

v.

James B. Comey, Jr.
*Defendant-Appellee.*

———————

United States,
*Plaintiff-Appellant,*

v.

Letitia James,
*Defendant-Appellee.*

———————

On Appeal from United States District Court for the Eastern District of Virginia,
Case No. 2:25-cr-00122-MSN
The Honorable Cameron McGowan Currie (sitting by designation)

———————

**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE
BIPARTISAN FORMER FEDERAL JUDGES AND FORMER UNITED
STATES ATTORNEYS IN SUPPORT OF DEFENDANTS-APPELLEES**

| | | |
|---|---|---|
| Justin P. Keating<br>Treyvon D. Jordan<br>BEINS, AXELROD &<br>KEATING, P.C.<br>1800 Diagonal Rd., Suite 600<br>Alexandria, VA 22314<br>Tel: (703) 966-3193<br>jkeating@beinsaxelrod.com<br>tjordan@beinsaxelrod.com | Howard M. Cooper<br>Benjamin J. Wish<br>Joseph M. Cacace<br>Josh L. Launer<br>TODD & WELD LLP<br>One Federal Street, 27th FL.<br>Boston, MA 02110<br>Tel: (617) 624-2626 | Norman L. Eisen<br>Stephen A. Jonas<br>Joshua G. Kolb<br>DEMOCRACY<br>DEFENDERS FUND<br>600 Pennsylvania Avenue<br>SE, Suite 15180<br>Washington, D.C. 20003<br>Tel: (202) 594-995 |

Pursuant to Federal Rule of Appellate Procedure 29, Bipartisan Former Federal Judges and Former United States Attorneys (together, "*Amici*") respectfully request leave to file the accompanying amicus brief. Counsel for *Amici* has conferred with counsel for Appellant and Appellees. Appellees consent to the filing of this amicus brief; the Appellant's position is unknown.

*Amici curiae* are a bipartisan group of former United States federal District Court judges and United States Attorneys who were appointed by presidents of both major political parties and who together devoted decades of their professional lives to the administration of the federal criminal justice system. They have collectively been responsible for overseeing and handling many thousands of federal criminal cases, and they have extensive knowledge about the appointment of federal court judges, United States Attorneys, and the responsibilities of federal prosecutors.

*Amici* are in a unique position to aid this Court's consideration of the issues raised in these cases. As further explained in the attached amicus brief, amici have an interest in maintaining fairness in the administration of justice and public confidence in the judiciary.

*Amici* respectfully request that they be granted leave of Court to file a brief as *amici curiae* in support of the Appellees. This motion is accompanied by the proposed brief amici curiae as required by Fed. R. App. P. 29(a).

| | |
|---|---|
| Justin P. Keating<br>Treyvon Jordan<br>BEINS, AXELROD & KEATING, P.C.<br>215 N. Payne St Ste 129<br>Alexandria, VA 22314<br>Tel: (703) 576-8238<br>jkeating@beinsaxelrod.com<br>tjordan@beinsaxelrod.com<br><br>Dated: <u>March 10, 2026</u> | Howard M. Cooper\*<br>Benjamin J. Wish\*<br>Joseph M. Cacace\*<br>Josh L. Launer\*<br>TODD & WELD LLP<br>One Federal Street<br>Boston, MA 02110<br>(617) 624-2626<br><br>Norman L. Eisen<br>Stephen A. Jonas<br>Joshua G. Kolb<br>DEMOCRACY DEFENDERS FUND<br>600 Pennsylvania Avenue SE, Suite 15180<br>Washington, D.C. 20003<br>Tel: (202) 594-9958<br><br>*Counsel for Amici Curiae, Bipartisan Former Federal Judges and Former United States Attorneys* |

## CERTIFICATE OF COMPLIANCE

I hereby certify:

1. This motion complies with the type-volume limitations of Federal Rules of Appellate Procedure 29(a)(5) and 32(a)(7)(B) because it consists of 219 words, excluding the parts of the motion brief exempted by Federal Rules of Appellate Procedure 32(f).

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of

Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced, serif typeface using Microsoft Word in 14-point Times New Roman font.

                    /s/ Justin P. Keating
Justin P. Keating
Treyvon D. Jordan
BEINS, AXELROD & KEATING, P.C.
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
(703) 966-3193
jkeating@beinsaxelrod.com
tjordan@beinsaxelrod.com