FILED: March 11, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4673 (L)
(2:25-cr-00122-JKW-DEM-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellant

v.

LETITIA JAMES

       Defendant - Appellee

------------------------------

UNIFY.US

       Amicus Supporting Appellant

VIRGINIA ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; PACIFIC LEGAL FOUNDATION; SOCIETY FOR THE RULE OF LAW, ITS EXECUTIVE DIRECTOR GREGG NUNZIATA, AND CHARTER MEMBERS DONALD AYER, STUART GERSON, ALAN RAUL, AND STANLEY TWARDY, JR.; BIPARTISAN CURRENT AND FORMER MEMBERS OF CONGRESS; BIPARTISAN FORMER FEDERAL JUDGES AND FORMER UNITED STATES ATTORNEYS

       Amici Supporting Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file an amicus curiae brief, the court grants the motion and accepts the amicus brief filed by Bipartisan Former Federal Judges and Former United States Attorneys.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk