# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. __25-4673__    Caption: __United States v. James__

---

Argument Session For Which You Are Scheduled: September 15-18

Dates You Are Available To Argue in the Session (if any):

September 15-16

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

Other Relevant Information:

Party(ies) You Represent:

United States of America

---

6/15/2026

Date

/s/ Henry C. Whitaker

Counsel Signature

11/29/2021  SCC