# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 25-4673    Caption: United States v. James

---

Argument Session For Which You Are Scheduled: September 15-18

Dates You Are Available To Argue in the Session (if any):

September 15, 16 & 18

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

Other Relevant Information:

Undersigned counsel has conferred with counsel representing Defendant-Appellee James Comey in the matter consolidated with this case for oral argument, 25-4674. Mr. Comey's counsel is available on whichever day the Court chooses.

Party(ies) You Represent:

Letitia James

---

6/15/2026

Date

/s/ Abbe David Lowell

Counsel Signature

1/29/2021  SCC