**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 15, 2026

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No.  25-4673 (L), US v. Letitia James
                              2:25-cr-00122-JKW-DEM-1

TO:      ALL PARTIES (Appellant, Appellees, Amici)

RESPONSE DUE: 06/18/2026

Response is required to the notice requesting information regarding similar cases on or before 06/18/2026. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

A. Walker, Deputy Clerk
804-916-2702