# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 24, 2026

_____

RULE 46 ADDITIONAL COPIES

_____

No. 25-4673 (L), <u>US v. Letitia James</u>
2:25-cr-00122-JKW-DEM-1

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 06/29/2026**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| Opening Brief | | |
| Response Brief | | |
| Reply Brief | | |
| Opening/Response Brief | | |
| Response/Reply Brief | | |
| Supplemental Brief | | |
| Intervenor/Amicus Brief | | |
| Joint Appendix | | |
| Supplemental Appendix | | |
| Amicus Brief | 4 | All Amici (except Pacific Legal Foundation) |

/s/ NWAMAKA ANOWI, CLERK