**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 8, 2026

_____

RULE 46 ADDITIONAL COPIES

_____

No.  25-4673 (L), <u>US v. Letitia James</u>
2:25-cr-00122-JKW-DEM-1

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 07/13/2026**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| Amicus Brief | 4 | Bipartisan Former Federal Judges and Former United States Attorneys |

/s/ NWAMAKA ANOWI, CLERK