## FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number:  25-4673; 25-4674          Date of Oral Argument: 09/15/26

Caption: United States v. Letitia James; United States v. James B. Comey, Jr.

Attorney Arguing: Ephraim McDowell; Abbe Lowell

Arguing on Behalf of (party name):

James B. Comey, Jr.; Letitia James

Select party type:
☐Appellant  ☑Appellee  ☐Appellant/Cross-Appellee  ☐Appellee/Cross-Appellant  ☐Amicus  ☐Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:**  Please indicate how much argument time you wish to use.  You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry.  Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
   →20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
   →Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Ephraim McDowell
Phone Number (day of argument): 202-839-0265

Principal Argument Time: 10          Rebuttal Argument Time (if any):
(for appellants and appellees)           (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: Abbe Lowell
Phone Number (day of argument): 202-508-4450

Principal Argument Time: 10          Rebuttal Argument Time (if any):
(for appellants and appellees)           (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:               Select one of the following: ☐Order allowing argument time
                                                            ☐Court-Appointed Amicus

Signature:  /s/ Abbe David Lowell          Date: 07/20/26

12/01/2024 NA