FILED: August 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-4673 (L)
(2:25-cr-00122-JKW-DEM-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

LETITIA JAMES

Defendant - Appellee

------------------------------

UNIFY.US

Amicus Supporting Appellant

VIRGINIA ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; PACIFIC LEGAL FOUNDATION; SOCIETY FOR THE RULE OF LAW, ITS EXECUTIVE DIRECTOR GREGG NUNZIATA, AND CHARTER MEMBERS DONALD AYER, STUART GERSON, ALAN RAUL, AND STANLEY TWARDY, JR.; BIPARTISAN CURRENT AND FORMER MEMBERS OF CONGRESS; BIPARTISAN FORMER FEDERAL JUDGES AND FORMER UNITED STATES ATTORNEYS

Amici Supporting Appellee

No. 25-4674
(1:25-cr-00272-MSN-WEF-1)

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

JAMES BRIEN COMEY, JR.

Defendant - Appellee

------------------------------

UNIFY.US

Amicus Supporting Appellant

VIRGINIA ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; PACIFIC LEGAL FOUNDATION; SOCIETY FOR THE RULE OF LAW, ITS EXECUTIVE DIRECTOR GREGG NUNZIATA, AND CHARTER MEMBERS DONALD AYER, STUART GERSON, ALAN RAUL, AND STANLEY TWARDY, JR.; BIPARTISAN CURRENT AND FORMER MEMBERS OF CONGRESS; BIPARTISAN FORMER FEDERAL JUDGES AND FORMER UNITED STATES ATTORNEYS

Amici Supporting Appellee

O R D E R

Upon consideration of appellees' motion for additional argument time, the court grants the motion and will allow each appellee 20 minutes of argument time,

and will allow the appellant an additional 20 minutes.

For the Court

/s/ Nwamaka Anowi, Clerk