IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LETITIA A. JAMES,<br><br>*Defendant.* | No. 25-4673 (L) |

**MOTION TO WITHDRAW COUNSEL**

Pursuant to Local Rule 46(c), Henry C. Whitaker moves to withdraw as counsel of record in these consolidated cases. Mr. Whitaker is imminently leaving the government for another opportunity.

The United States will continue to be represented in these cases by R. Trent McCotter.

Respectfully submitted,

/s/ Henry C. Whitaker_________

Henry C. Whitaker
Counselor to the Attorney General
950 Pennsylvania Ave. NW Rm. 5134
Washington, D.C. 20530
Tel: (202) 445-8942
henry.whitaker@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ Henry C. Whitaker__________

Henry C. Whitaker
Counselor to the Attorney General